**No. P68/200.**—Isaac B. Cohen & Sons Corp. et al. *v.* United States, protests 65/19015, etc. (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called

"miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiffs was sustained.